# EXHIBIT B

982(a)(4)

| NAME AND ADDRESS OF SENDER: | TELEPHONE NO: | For Court Use Only: |
|---|---|---|
| David Berke (SBN #123007)<br>369 S. Doheny Dr., #508<br>Beverly Hills, CA 90211<br>david@berkeslaw.net | (310) 251-0700 | |

Insert name of court, judicial district or branch court, if any, and Post Office and Street Address:
Los Angeles Superior Court
Western District
1725 Main Street, Santa Monica, CA 90401

PLAINTIFF: ROBERT J. CIPRIANI, an individual

DEFENDANT: MGM RESORTS INTERNATIONAL, INC., a Delaware Corporation, and Does 1-25

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Case Number:<br>20SMCV00289 |
|---|---|

TO: TODD BICE
(Insert name of individual being served)

This summons and other document(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Dated: 12/22/20

_(Signature of sender)_

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of: (To be completed by sender before mailing)
1. [X] A copy of the summons and of the complaint.
2. [ ] A copy of the summons and of the Petition (Marriage) and:
   [ ] Blank Confidential Counseling Statement (Marriage)
   [ ] Order to Show Cause (Marriage)
   [ ] Blank Responsive Declaration
   [ ] Blank Financial Declaration
   [ ] Other: (Specify)

(To be completed by recipient)

Date of receipt: 12-24-20

Date this form is signed: 12-24-20

_(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)_

Todd Bice as Atty for MGM Resorts International.
(Type or print your name and name of entity, if any, on whose behalf this form is signed)

NOTICE AND ACKNOWLEDGMENT OF RECEIPT

Form Adopted by the Judicial Council of California
Revised Effective January 1, 1975
982(a)(4)
Mandatory Form

CCP 415.30, 417.10
Cal. Rules of Court,
Rule 1216

David Berke, SBN #123007
BERKESLAW
369 S. Doheny Dr., #508
Beverly Hills, California 90067
Telephone: (310) 251-0700
Email: david@berkeslaw.net
Attorneys for Plaintiff

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES – WEST DISTRICT

| | |
|---|---|
| ROBERT J. CIPRIANI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, Inc., a Delaware corporation; and DOES 1- 25, inclusive,<br><br>Defendants. | Case No.: 20SMCV00289<br><br>[Unlimited Jurisdiction]<br><br>FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR:<br><br>1. NEGLIGENCE;<br>2. BREACH OF IMPLIED CONTRACT;<br>3. INVASION OF PRIVACY;<br>4. VIOLATION OF CALIFORNIA CONSUMERS LEGAL REMEDIES ACT (CAL. CIV. CODE §§ 1750 et seq.);<br>5. VIOLATION OF CALIFORNIA CIVIL CODE §§ 1798.80 et seq.;<br>6. VIOLATION OF CALIFORNIA BUSINESS & PROFESSIONS CODE §§ 17200 et seq.;<br>7. NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE;<br>8. INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE |

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF